RITA M. SCHRIVER, Appellant, v. COUNTY HOMES, INC., Respondent.— Action in the City Court of White Plains for damages for breach of a written contract in

connection with the sale of certain real property after constructing thereon a residence to be built in accordance with certain plans and specifications. Judgment dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.